# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.　　　　　　　　　CASE NO. <u>25-CR-10046-01-EFM</u>

**KYLIE CHARLES,**

      **Defendant.**

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the United States, by and through Molly Gordon, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant and detainee, Kylie Charles. In support of this Motion, the United States avers:

1. Defendant was charged in this district by Indictment on April 15, 2025.

2. Defendant is detained and currently in the custody of Sedgwick County Jail, 141 W. Elm Street, Wichita, Kansas 67203.

3. Appearance is necessary by the defendant in this district for prosecution of the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal and any other law enforcement agency for this district, to produce the defendant and detainee, Kylie Charles, forthwith and for any further proceedings to be held in this cause.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

/s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney