# In the United States District Court
# for the District of Kansas

**United States of America**,
                Plaintiff,

v.                                                    Case No. 25-10046-01 EFM

**Kylie Charles,**
                Defendant.

## Motion for Continuance

Kylie Charles, through undersigned counsel, moves this Court to continue the pretrial motions' deadline, status conference, and jury trial for 60 days for the following reasons:

1. The current schedule for this case is:

    a. Motions' deadline is June 10, 2025.

    b. Status conference is scheduled for June 23, 2025, at 3:45 p.m.

    c. Jury trial is scheduled for July 8, 2025, at 9:00 a.m.

2. We are requesting to continue all three deadlines.

3. The government does not object to this request.

4. Additional time is necessary, beyond the original trial date, for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically:

    a. Ms. Charles was arraigned on May 9, 2025.

    b. The government provided discovery on May 12, 2025, May 20, 2025, and on May 22, 2025, which consists of approximately 15,556 pages of discovery,

      including 359 audio and/or video recordings totaling approximately 5 hours run time. Additional time is necessary to process and review the discovery, to review and discuss the discovery with Ms. Charles, who is in custody, to determine whether to conduct investigations, and to determine whether to file pretrial motions.

    c. This is Ms. Charles' first request for continuance.

    d. Ms. Charles is in custody.

For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id.* at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

Ms. Charles therefore asks this Court to make the required findings and continue jury trial for 60 days, set new deadlines related to pretrial motions, and schedule a status conference in conformity with the new trial date.

                              Respectfully submitted,

                              s/ Quentin C. Aker
                              QUENTIN C. AKER
                              Sup. Ct. No. 28646
                              Assistant Federal Public Defender
                              Federal Public Defender Office
                              301 N. Main, Suite 850
                              Wichita, KS 67202
                              Telephone: (316) 269-6170
                              Fax: (316) 269-6175
                              E-mail: Quentin_Aker@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on June 10, 2025, by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

                              s/ Quentin C. Aker
                              QUENTIN C. AKER, #28646